Thomas J. Burrell, Appellant, v. Evelyn Burrell, Appellee.

Gen. Nos. 46,850, 46,918. 

First District, First Division.

November 19, 1956.

Released for publication February 11, 1957.

Joseph H. and Norman Becker, and William Levine, for appellant; Prescott, Burroughs, Taylor & Carey, and Howard T. Savage, for defendant-appellee; Euclid Louis Taylor and Howard T. Savage, of counsel. Opinion by JUDGE BURKE. **Not to be published in full.**